JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SACV 13-0408-DOC(JPRx) |
| Plaintiff(s), | |
| V. | ORDER DISMISSING CIVIL ACTION |
| FREDERICK O. EVANS, JR., ET AL, | |
| Defendant(s). | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED: May 17, 2013

*David O. Carter*
DAVID O. CARTER
United States District Judge